

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Charles Clay Warner, Jr.,               * From the 259th District
                                    Court of Jones County,
                                    Trial Court No. 022703.

Vs. No. 11-12-00176-CV           * July 31, 2014

TDCJ-CID et al.,                   * Memorandum Opinion by Willson, J.
                                  (Panel consists of: Wright, C.J.,
                                  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment to reflect that the claims against the brand name pharmaceutical manufacturers were dismissed without prejudice. As modified, we affirm the judgment of the trial court.